UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MOHAMED ALI,

Plaintiff,

- against -

SAPIENT CORPORATION,

Defendant.

---------------------------------------------------------------X

26-CV-1422 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff, pro se, has indicated he would like to use a court room to depose the defendant. (Dkt. 25.) The court can provide a room. However, Plaintiff bears the cost of recording the deposition and having it transcribed by a court stenographer, who will charge a fee to do so. *See* Federal Rule of Civil Procedure 30. Plaintiff is free to bring his own recording device, but if he does not have one, the court can provide a tape recorder. Plaintiff must file the rules for notice of depositions under Rule 30 and shall file a copy of the notice of deposition with the Court so that arrangements can be made for an available room in which to conduct the deposition.

If Plaintiff determines that retaining the services of a court stenographer is too costly, Plaintiff has the option of taking a deposition by written questions pursuant to Federal Rule of Civil Procedure 31.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 10, 2026
New York, New York

Copies transmitted this date to all parties of record. The Clerk's Office is respectfully directed to mail a copy of this order to Plaintiff pro se and note service on the docket:

Mohamed Ali
400 W 153rd Street, Apt. 5A
New York, NY 10031